UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MORGAN McCOLLUM,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (a.k.a. ALLSTATE INSURANCE), a registered foreign insurer,<br><br>    Defendant. | Case No. 2:26-cv-01866-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT AN AWARD OF FEES AND COSTS** |

THIS MATTER comes before the Court on the parties' stipulated motion to dismiss. Dkt. # 7.  The Court, being fully advised of the same, hereby ORDERS THAT the above-captioned action and all claims asserted therein by Plaintiff against Defendant are dismissed with prejudice and without attorneys' fees or costs to any party.

SO ORDERED this 24th day of June, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER - 1